IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HANCOCK MECHANICAL, LLC**                                **PLAINTIFF**

**v.**                                     **CIVIL NO. 1:17cv54-HSO-JCG**

**MCCLAIN CONTRACTING COMPANY, INC.**            **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard upon the Motion [5] to Compel Arbitration and to Stay Proceedings filed by Defendant McClain Contracting Company, Inc. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Hancock Mechanical, LLC, must submit its claims to arbitration, and this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE